# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN ZIMMERMAN,

    Plaintiff,

vs.

PORT OF SUBS, INC.,

    Defendant.

Case No. 2:17-cv-01191-APG-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. On August 31, 2017, the Court ordered that the parties file the stipulated Discovery Plan and Scheduling Order on or before September 8, 2017. *Order* (ECF No. 17). To date, the parties have failed to comply. Accordingly,

**IT IS ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order no later than **September 25, 2017**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 18th day of September, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge